## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 18-60978-jwc |
| | * |
| Steven Anthony Crawford, | * |
| DBA S-A-C Trucking, LLC, | * |
| and | * CHAPTER 13 |
| Camille Elizabeth Crawford, | * |
| | * |
| | * |
| | * |
| Debtors | * |

### MOTION TO EXCUSE DEFAULT IN PAYMENTS
### TO CHAPTER 13 TRUSTEE AND FOR A MATCHING REDUCTION IN PLAN BASE

**COME NOW** Debtors, through counsel, and file this *Motion to Excuse Default in Payments to Chapter 13 Trustee and for a Matching Reduction in Plan Base*, showing to this Honorable Court the following:

1.

Debtors filed a Petition constituting an Order For Relief under Title 11 U.S.C. Chapter 13 on July 2, 2018.

2.

Debtors' Chapter 13 Plan was confirmed on October 23, 2018.

3.

Debtors' plan calls for payments to the Trustee of $3,340.00 per month.

4.

Debtors have defaulted in the payments under the confirmed plan.

5.

Debtor had to replace a tank on his work vehicle and was out of work due to this. He also had an income decrease due to COVID19.

6.

Debtors respectfully request that the Court excuse the default in plan payments for the months of January, February and March 2020, inclusive. Debtors shall resume making the plan

payments in April 2020, at which time Debtors shall modify the plan and schedules to cure any term problem that might exist.

7.

Debtors further request that the Plan base be reduced by the amount equal to the default being excused. Debtors show that this reduction does not cause a reduction in the percentage or pool of funds provided to general, unsecured creditors in the Plan.

**WHEREFORE**, Debtors pray that this *Motion to Excuse Default in Payments to Chapter 13 Trustee and for a Matching Reduction in Plan Base* be granted.

Respectfully submitted,

/s/_____
Jessica Douglas GA Bar No. 340570
Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 18-60978-jwc |
| | * |
| Steven Anthony Crawford, | * |
| DBA S-A-C Trucking, LLC, | * |
| and | * CHAPTER 13 |
| Camille Elizabeth Crawford, | * |
| | * |
| | * |
| Debtors | * |

### NOTICE OF HEARING ON MOTION TO EXCUSE DEFAULT IN PAYMENTS TO CHAPTER 13 TRUSTEE AND FOR A MATCHING REDUCTION IN PLAN BASE

**PLEASE TAKE NOTICE** that Debtors filed a *Motion to Excuse Default in Payments to Chapter 13 Trustee and for a Matching Reduction in Plan Base* seeking (a) to have a default in Debtors' plan payments excused, and (b) a corresponding reduction in the plan base**.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the matter in Courtroom 1203 of the US Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA, 30303, at 10:00AM, on May 19, 2020.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U.

S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.  You must also

mail a copy of your response to the undersigned at the address stated below.

                                Respectfully submitted,

                                /s/
                                Jessica Douglas GA Bar No. 340570
                                Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

# CERTIFICATE OF SERVICE

I certify that I served Debtors with a true and correct copy of the within the and foregoing *Motion to Excuse Default in Payments to Chapter 13 Trustee and for a Matching Reduction in Plan Base* and *Notice of Hearing on Motion to Excuse Default in Payments to Chapter 13 Trustee and for a Matching Reduction in Plan Base* by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed as follows:

Steven Anthony Crawford
Camille Elizabeth Crawford
1040 Meadows Springs Drive SW
Conyers  GA   30094

And, in the same manner, I served the parties listed in the attached matrix at the addresses indicated therein.

I further certify that Nancy J Whaley, the Standing Chapter 13 Trustee, was served via the CM/ECF electronic mail/noticing system.

DATE: 04/24/2020
/s/
Jessica Douglas GA Bar No. 340570
Attorney for Debtors

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta  GA   30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

```
Label Matrix for local noticing          American Express National Bank            (p)AMERICAN HONDA FINANCE
113E-1                                    c/o Becket and Lee LLP                    P O BOX 168088
Case 18-60978-jwc                         PO Box 3001                               IRVING TX 75016-8088
Northern District of Georgia              Malvern  PA 19355-0701
Atlanta
Fri Apr 24 09:53:59 EDT 2020

Amex                                      Julie M. Anania                           Avant Credit, Inc
Correspondence/Bankruptcy                 Nancy J. Whaley                           Attention Bankruptcy
Po Box 981540                             Standing Chapter 13 Trustee               Po Box 9183380
El Paso, TX 79998-1540                    Suite 120                                 Chicago, IL 60691-3380
                                          303 Peachtree Center Avenue
                                          Atlanta, GA 30303-1286

BANK OF AMERICA, N.A.                     Bank of America                           Carolee Berasi
PO BOX 31785                              Attn: Bankruptcy Nc4-105-02-77            Stern & Eisenberg
TAMPA, FL 33631-3785                      Po Box 26012                              1709 Devonshire Drive
                                          Greensboro, NC 27420-6012                 Columbia, SC 29204-2404


(p)JPMORGAN CHASE BANK  N A               Chase Mortgage                            Citibank, N.A.
BANKRUPTCY MAIL INTAKE TEAM               10790 Rancho Bernardo Rd                  701 East 60th Street North
700 KANSAS LANE FLOOR 01                  San Diego, CA 92127-5705                  Sioux Falls, SD 57104-0493
MONROE LA 71203-4774


Citibank/Sears                            Citicards                                 Citicards Cbna
Centralized Bankruptcy                    Citicorp Credit Services/Attn: Centraliz  Citi Bank
Po Box 790034                             Po Box 790040                             Po Box 6077
St Louis, MO 63179-0034                   Saint Louis, MO 63179-0040                Sioux Falls, SD 57117-6077


E. L. Clark                               Collectron Of Atlanta/Carter-Young        Camille Elizabeth Crawford
Clark & Washington, LLC                   Attention: Bankruptcy                     1040 Meadows Springs Drive SW
Bldg. 3                                   Po Box 92269                              Conyers, GA 30094-5768
3300 Northeast Expwy.                     Atlanta, GA 30314-0269
Atlanta, GA 30341-3932


Steven Anthony Crawford                   Department of the Treasury                Abbey Ulsh Dreher
1040 Meadows Springs Drive SW             Internal Revenue Service                  Barrett Daffin Frappier Turner Engel LLP
Conyers, GA 30094-5768                    P.O. Box 7346                             Suite 100
                                          Philadelphia PA 19101-7346                4004 Belt Line Road
                                                                                    Addison, TX 75001-4320


ENGS                                      Engs Commercial Finance Co.               (p)GEORGIA DEPARTMENT OF REVENUE
1 Pierce Place                            c/o Chad J. Hammons, Esq.                 COMPLIANCE DIVISION
Ste 1100 West                             Jones Walker LLP                          ARCS BANKRUPTCY
Itasca, IL 60143-3149                     190 E. Capitol St., Ste. 800              1800 CENTURY BLVD NE SUITE 9100
                                          Jackson, MS 39201-2155                    ATLANTA GA 30345-3202


IRS                                       LVNV Funding LLC                          Brandi R. Lesesne
P.O. Box 7346                             PO Box 10587                              Barrett Daffin Frappier Turner Engel LLP
Philadelphia PA 19101-7346                Greenville, SC 29603-0587                 Suite 100
                                                                                    4004 Belt Line Road
                                                                                    Addison, TX 75001-4320


Mallory Velten                            NetCredit                                 New Penn Financial, LLC
Brock and Scott, PLLC                     175 W. Jackson Blvd., Suite 1000          c/o Shellpoint Mortgage Servicing
Attorneys at Law                          Chicago, IL 60604-2863                    PO Box 10826
4360 Chamblee Dunwoody Rd. Suite 310                                                Greenville, SC 29603-0826
Atlanta, GA 30341-1056
```

| | | |
|---|---|---|
| New Penn Financial, LLC d/b/a Shellpoint Mor<br>c/o Stern & Eisenberg Souther, PC<br>1709 Devonshire Drive<br>Columbia, SC 29204-2404 | NewRez LLC d/b/a Shellpoint Mortgage Servici<br>NewRez LLC d/b/a Shellpoint Mortgage Ser<br>PO Box 10826<br>Greenville, SC 29603-0826 | Bryce R. Noel<br>Aldridge Pite, LLP<br>3575 Piedmont Road, NE, Suite 500<br>Fifteen Piedmont Center<br>Atlanta, GA 30305-1527 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PayPal Credit<br>PO Box 105658<br>Atlanta, GA 30348-5658 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| Shellpoint Mortgage Company<br>P.O. Box 51850<br>Livonia, MI 48151-5850 | Shellpoint Mortgage Servicing<br>55 Beattie Place, Suite 110<br>Greenville, South Carolina 29601-5115 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| TBF Financial, LLC<br>740 Waukegan Rd., Suite 404<br>Deerfield, IL 60015-5505 | UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>P O BOX 8973<br>MADISON, WI 53708-8973 | US Deptartment of Education/Great Lakes<br>Attn: Bankruptcy<br>Po Box 7860<br>Madison, WI 53707-7860 |
| United States Attorney<br>Northern District of Georgia<br>75 Ted Turner Drive SW, Suite 600<br>Atlanta GA 30303-3309 | Mallory Velten<br>Brock & Scott, PLLC<br>4360 Chamblee Dunwoody Road<br>Suite 310<br>Atlanta, GA 30341-1056 | Nancy J. Whaley<br>Nancy J. Whaley, Standing Ch. 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120, Suntrust Garden Plaza<br>Atlanta, GA 30303-1216 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance<br>Attn: Bankruptcy<br>P.O. Box 168088<br>Irving, TX 75016 | (d)American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Chase Card Services<br>Correspondence Dept<br>Po Box 15298<br>Wilmington, DE 19850 |
| Georgia Department of Revenue<br>Accounts Receivable Collection Section<br>1800 Century Blvd. NE<br>Suite 9100<br>Atlanta, GA 30345 | (d)JPMorgan Chase Bank, N.A.<br>Chase Records Ctr Attn Correspond. Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 | (d)JPMorgan Chase Bank, National Association<br>Chase Records Center Attn: Corres.<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (d)BANK OF AMERICA, N.A.<br>PO Box 31785<br>TAMPA, FL 33631-3785 | (d)BANK OF AMERICA, N.A.<br>PO Box 31785<br>TAMPA, FL 33631-3785 |

| | | |
|---|---|---|
| (du)Bank of America, N.A. | (d)Bank of America, N.A.<br>PO Box 31785<br>Tampa, FL 33631-3785 | (u)JPMorgan Chase Bank, National Association |
| (d)LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | (u)NewRez LLC dba Shellpoint Mortgage Servici | (d)Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 |

End of Label Matrix
Mailable recipients    44
Bypassed recipients     9
Total                  53